UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anita W. Smith, Jane S. Weber,

         Plaintiffs,                     Civil No. 06-1467 (RHK/AJB)

vs.                                  **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pfizer, Inc.,
Pharmacia & Upjohn Company, Barr
Laboratories, Inc., Mylan Laboratories, Inc.,
Mylan Pharmaceuticals, Inc.,

         Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 19, 2006

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge